460 A.2d 855

Estate of Goodman.

Appeal of Shirley Goodman, Trustee Ad Litem
and Objectant.

Petition for Allowance of Appeal
Denied Sept. 30, 1983.

610

Before JOHNSON, WATKINS and LIPEZ, JJ.
Order affirmed.